In the Matter of the Application of JOHN A. BENSEL et al., Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate in the Town of Greenburgh and City of Yonkers.

THE CITY OF NEW YORK, Appellant; CHARLES AMMANN, Respondent.

*Matter of Bensel*, 152 App. Div. 923, affirmed.
(Argued January 7, 1913; decided January 28, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 18, 1912, which affirmed an order of Special Term confirming an award in condemnation proceedings.

*Archibald R. Watson*, Corporation Counsel (*I. J. Beaudrias* of counsel), for appellant.

*Benjamin Trapnell* and *Leo A. Doran* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.